# MAINE HUMAN RIGHTS COMMISSION

51 State House Station
Augusta ME 04333-0051

Patricia E. Ryan
Executive Director

John P. Gause
Commission Counsel

Tel. (207) 624-6050
FAX (207) 624-6063
TTY 1-888-577-6690

www.maine.gov/mhrc

April 19, 2007

Paul P. McDermott
69 Hardy Road
Falmouth, ME 04105

RE:   STATEMENT OF FINDING –
      E05-0496, McDermott v. GENENTECH, INC.

Dear Mr. McDermott:

The Commission has conducted an investigation of the above complaint of discrimination and has determined that there are reasonable grounds to believe that unlawful discrimination has occurred. The decision was based on information received during the course of investigation of the complaint including the Investigator's Report, any written submissions, and any oral presentations made.

Pursuant to §4612(3) of the Maine Human Rights Act, the Commission will endeavor to resolve the reasonable grounds determination. A proposed Conciliation Agreement will be forthcoming from the Commission's Compliance Officer. If no settlement is reached, the Maine Human Rights Act authorizes the filing of a civil action in Superior Court.

It is important to note that all information relating to the conciliation process is confidential without the written consent of all parties. The Maine Human Rights Act provides that you may pursue this matter on your own. (See the attached section of the Maine Human Rights Act and Procedural Regulations).

We hope that an amiable resolution can be achieved.

Sincerely yours,

Patricia E. Ryan
Executive Director

Enc.

cc:   Jeffrey N. Young, Esq.


EXHIBIT 2
APR 23 2007

# STATEMENT OF FINDING
# REASONABLE GROUNDS DECISIONS

§4621.   CIVIL ACTION

Within the time limited above, a person who has been subject to unlawful discrimination may file a civil action in the Superior Court against the person or persons who committed the unlawful discrimination.

## 2.09 PROCEDURE AFTER FAILURE OF CONCILIATION

C.   When the Commission's legal counsel is unable to file expeditiously such a civil action, the Commission shall so notify the complainant of his/her right to file a civil action pursuant to 5 M.R.S.A. Chapter 337, subchapter VI, §4621, and make available a referral list of attorneys who have indicated an interest in undertaking such litigation. Upon his or her retainer by such a complainant, the Commission shall furnish the cooperating attorney, upon request, with access to the investigatory case file and will provide such technical assistance as possible under the existing circumstances. Referral under this sub-section does not terminate the Commission's jurisdiction of the proceeding.

SF-rg.attachment   (2/99)