# MAINE HUMAN RIGHTS COMMISSION
### 51 STATE HOUSE STATION
### AUGUSTA, ME 04333-0051
### PHONE: (207) 624-6050
### FAX: (207) 624-6063

## FAX TRANSMITTAL

**DATE:** 4/25/2007

**TO:** Jeff Young, Esq.

**FAX #:** 725-1090

**FROM:** John Gause

**# OF PAGES INCL. COVER:** 2

**SUBJECT:** E05-0496, McDermott v. Genentech, Inc

EXHIBIT 3

**MAINE HUMAN RIGHTS COMMISSION**

51 STATE HOUSE STATION
AUGUSTA, ME 04333-0051
www.maine.gov/mhrc

*Executive Director*
**PATRICIA E. RYAN**

*Commission Counsel*
**JOHN P. GAUSE**

April 25, 2007

Jeffrey Neil Young, Esq.
McTeague Higbee et al
PO Box 5000
Topsham ME 04086-5000

John Rich III, Esq.
Perkins Thompson
PO Box 426
Portland ME 04412-0426

RE: E05-0496: *McDermott v. Genentech*

Dear Mr. Young and Mr. Rich:

    Please be advised that the Commission considers conciliation efforts in the above entitled matter to have failed. The case has been referred to attorney Young for appropriate action.

    I am sorry that we were unable to resolve these matters to the satisfaction of all parties.

Sincerely yours,

Francia Davis, psr

Francia Davis
Compliance Officer

cc: Paul McDermott
    John P. Gause, Esq.

PHONE: (207) 624-6050 • FAX: (207) 624-6063 • TTY: 1-888-577-6690